Pink Lady, Inc. (et al., Appellant), *v.* William Penn Loan Co., Inc.

Argued March 17, 1959. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*Jerome N. Berenson,* with him *Norman Shigon,* for appellant.

*Joseph Katz,* for appellees.

OPINION PER CURIAM, April 16, 1959:

The order of the court below, sustaining defendants' preliminary objections to complaint in equity, is affirmed at appellant's costs on the opinion of President Judge HAGAN of the Court of Common Pleas No. 7 of the County of Philadelphia, as reported in 16 Pa. D. & C. 2d 505.